UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Linda Tinsley

Case No. 16-50165
Judge Thomas J. Tucker
Chapter 13

Debtor(s) /

## ORDER APPROVING MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION

This matter having come before the Court on Debtor's Proposed Modification of Plan Post-Confirmation, and the Court otherwise being fully advised in the premises;

**IT IS HERBY ORDERED THAT** the Debtor's plan modification is granted.

**IT IS FURTHER ORDERED THAT** the Debtor is excused from remitting the 2016 and 2017 tax refunds.

**IT IS FURTHER ORDERED THAT** in all other respects, the Order Confirming Plan, as last modified, shall remain in full force and effect.

Signed on April 22, 2022



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge